UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X
CARISMA KITCHEN, by her Mother
and Natural Guardian, DENISE
ACOSTA, and DENISE ACOSTA,
Individually

        Plaintiffs,

   -against-

THE CITY OF NEW YORK, ET. AL.,

        Defendants.

----------------------------------X

MEMORANDUM AND ORDER

Civil Action No.
CV-07-5284 (DGT)

Trager, J:

    Upon application by plaintiffs' counsel: (1) the court's order of December 8, 2008 granting plaintiffs' motion to amend their complaint to add the name of Officer Christopher Clarke is withdrawn and the motion is denied and; (2) plaintiffs' counsel's motion to be relieved as the plaintiffs' attorney with the consent of his clients is granted.

    It is further ordered: Plaintiffs shall retain new counsel and have counsel file a notice of appearance with the court by

February 17, 2009; also

It is further ordered: Plaintiffs' current counsel is directed to provide notice of this order to his clients.


Dated: Brooklyn, New York
       January 5, 2009

                                  SO ORDERED:

                                  s/ DGT
                                David G. Trager
                                United States District Judge